United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sonia M. Rodriguez  
    Debtor

Case No. 13-13343-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Oct 20, 2016  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2016.  
db          +Sonia M. Rodriguez,   34 Bimini Drive,   Savannah, GA 31419-7205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2016 at the address(es) listed below:  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Midland Mortgage Co. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER     ecfemails@ph13trustee.com, philaecf@gmail.com  
        ZACHARY PERLICK    on behalf of Debtor Sonia M. Rodriguez Perlick@verizon.net, pireland1@verizon.net  
                                                                                                                                           TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Sonia M. Rodriguez | | CHAPTER 13 |
| | Debtor | |
| MidFirst Bank | | |
| | Movant | |
| vs. | | NO. 13-13343 ELF |
| Sonia M. Rodriguez | | |
| | Debtor | |
| William C. Miller Esq. | | 11 U.S.C. Section 362 |
| | Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by Movant on Debtor's residence has been cured as of the filing date of this stipulation and loan is currently due for October 1, 2016 regular payment in the amount of $774.32 less a post-petition suspense balance of $89.77.

2. Debtor shall cure said arrearages in the following manner;

a). Beginning October 1, 2016, Debtor shall pay the present regular monthly payment of **$774.32** (effective 09/01/2016 as per filed Notice of Payment Change) on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month) to the address below;

**MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118**.

b). Maintenance of current monthly mortgage payments to Movant thereafter.

3. Should debtor provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the court and the court shall enter an order granting Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: October 7, 2016      By:   /s/ Joshua I. Goldman, Esquire
                                 Joshua I. Goldman, Esquire
                                 Attorney for Movant
                                 KML Law Group, P.C.
                                 Main Number: (215) 627-1322

Date: 10-19-16

                                 Zachary Perlick, Esq.
                                 Attorney for Debtor

Approved by the Court this 20th day of October, 2016. However, the court retains discretion regarding entry of any further order.

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE