# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Sonia M. Rodriguez  
        Debtor(s)

CHAPTER 13

BKY. NO. 13-13343 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5494

                Respectfully submitted,

                **/s/Thomas Puleo, Esquire**  
                Thomas Puleo, Esquire  
                Brian C. Nicholas, Esquire  
                KML Law Group, P.C.  
                701 Market Street, Suite 5000  
                Philadelphia, PA 19106-1532  
                (215) 825-6306  FAX (215) 825-6406