# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sonia M. Rodriguez <br>                Debtor <br><br> MIDFIRST BANK <br>                Movant <br>     v. <br> Sonia M. Rodriguez <br>                Debtor <br><br> William C. Miller, Esq. <br>                Trustee | Chapter 13 <br><br> NO. 13-13343 ELF |

### ORDER

AND NOW, this 27th day of September, 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on October 20, 2017, it is **ORDERED** that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (, is modified as to Movant, with regard to the mortgaged property, to allow MIDFIRST BANK, or its successor or assignee, to proceed with its *in rem* rights and remedies under the terms of the mortgage on 206 Wabash Avenue Lansdowne, PA 19050.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**