United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sonia M. Rodriguez  
    Debtor

Case No. 13-13343-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP      Page 1 of 1      Date Rcvd: Sep 27, 2017  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2017.  
db          #+Sonia M. Rodriguez,    34 Bimini Drive,    Savannah, GA 31419-7205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2017 at the address(es) listed below:  
         DENISE ELIZABETH CARLON    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Midland Mortgage Co. bkgroup@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
         THOMAS I. PULEO    on behalf of Creditor    MIDFIRST BANK tpuleo@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com  
         ZACHARY PERLICK    on behalf of Debtor Sonia M. Rodriguez Perlick@verizon.net,  
          pireland1@verizon.net  
                                                                                                      TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Sonia M. Rodriguez<br>              Debtor<br><br>MIDFIRST BANK<br>              Movant<br>      v.<br>Sonia M. Rodriguez<br>              Debtor<br><br>William C. Miller, Esq.<br>              Trustee | Chapter 13<br><br>NO. 13-13343 ELF |

**ORDER**

AND NOW, this  27th  day of  September , 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on October 20, 2017, it is **ORDERED**  that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (, is modified as to Movant, with regard to the mortgaged property, to allow MIDFIRST BANK, or its successor or assignee, to proceed with its *in rem* rights and remedies under the terms of the mortgage on 206 Wabash Avenue Lansdowne, PA 19050.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**